AUSA:  Terrence Haugabook         Telephone:  (313) 226-9100
Special Agent:  Randall Olsen          Telephone:  (313) 202-3400

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
   v.

Deon MCKAY

Case No. 26-30185

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ____March 3, 2026 and March 15, 2026____ in the county of _____Macomb_____ in the ____Eastern____ District of _____Michigan_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possesion of a firearm and/or ammunition. |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Randall Olsen, Special Agent, (A.T.F.)
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: ____April 7, 2026____

_____
*Judge's signature*

City and state:  Detroit, Michigan

Hon. David R. Grand, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Randall Olsen, being duly sworn, hereby state:

## Executive Summary

1.      The United States, including the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), is conducting a criminal investigation of Deon MCKAY (XX/XX/1995) for violations of 18 U.S.C. § 922(g)(1) (felon in possession of firearms / ammunition).

2.      In February of 2026, the ATF received a tip through an anonymous tip line regarding MCKAY, who is a multi-convicted felon. According to the tip, MCKAY lives with his girlfriend, Samantha Greiner (W/F, XX/XX/1993), he is a felon who is in possession of firearms and may have his girlfriend purchase firearms for him. In March of 2026, it was discovered that MCKAY had utilized the Action Impact Firearms and Training Center's (Action Impact) shooting range multiple times between August of 2025, and March of 2026. It was also discovered that MCKAY brought firearms and brought or purchased ammunition when he went to Action Impact.

3.      This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all my knowledge about this matter nor all details or all facts relating to this investigation.

4.      This affidavit is made in support of an application for a criminal complaint for Deon MCKAY for possession of firearms / ammunition as a convicted felon, in violation of 18 U.S.C. § 922(g)(1).

**Introduction**

5.      I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and began my tenure with the ATF in May of 2022. I am currently assigned to Detroit Group I, which investigates various federal firearm violations. Before becoming a Special Agent, I was a police officer with the Detroit Police Department for over seven years and the Grosse Pointe Park Department of Public Safety for over one year. During my time at DPD, I was assigned to their Special Operations unit as well as the Special Response Team. I am a graduate of the ATF Special Agent Basic Training program and the DPD Police Academy. I have a Bachelor of Science in Criminal Justice with a concentration in Supervision and Management.

6.      As an ATF Special Agent, I have participated in criminal investigations, including investigations involving firearms, armed drug tracking violations, and criminal street gangs. I am familiar with a variety of investigative techniques and resources, including physical and electronic surveillance, working undercover and working with various types of informants, and cooperating sources. Through my training and experience as an ATF Special Agent as well as

2

through conversations I have had with other experienced law enforcement agents, I am familiar with how criminals use cellular devices to facilitate and commit criminal offenses, including federal firearms offenses, and I am familiar with the available technology that can be used by law enforcement to assist in identifying the uses of cellular devices and their location.

7.      The information contained within this affidavit is based on a combination of personal knowledge derived from my participation in this investigation and information from oral and written reports about this investigation and others that I have received from sworn law enforcement officers.

8.      This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter. And unless otherwise indicated, conversations discussed herein are described in substance and part rather than verbatim.

<u>**Probable Cause**</u>

**I.      Probable Cause that MCKAY Committed the Target Offense**

**A.      Initial Investigation**

9.      In February of 2026, the ATF received a tip through an anonymous tip line regarding MCKAY, who is a multi-convicted felon. According to the tip, MCKAY lives with his girlfriend, Greiner, he is a felon who is in possession of firearms and may have his girlfriend purchase firearms for him. In March of 2026,

it was discovered that MCKAY had utilized Action Impact's shooting range seven times between August of 2025, and March of 2026. It was also discovered that MCKAY brought firearms and brought or purchased ammunition when he went to Action Impact.

## ACTION IMPACT

10.     In March of 2026, I visited the Action Impact Firearms and Training Center (Action Impact), located at 14855 8 Mile Road, Eastpointe, Michigan, and obtained documents showing, in part, MCKAY has checked into the range 6 times between June 30, 2025, and March 3, 2026. The documents also showed MCKAY utilized telephone number (928) 276-20█ and listed his address as 21██ H████ ████ Avenue, St. Clair Shores, Michigan (H████ ████ Avenue Address). I also obtained surveillance footage from Action Impact from March 3, 2026, and the following are snapshots taken from it:

- Some images have adjusted brightness due to limited lighting in the surveillance footage.

4



Image 10-1

- MCKAY arrived and departed in a white 2019 Ford Escape with a Michigan license plate of 8P████ (Suspect Vehicle).

- A query of the Law Enforcement Information Network (LEIN) showed the Ford Escape is registered to MCKAY's girlfriend, Greiner.



Image 10-2



Image 10-3



Image 10-4

- Images 10-2, 10-3, and 10-4 depict MCKAY checking into Action Impact on March 3, 2026, and showing a clerk what appears to be ammunition that he brought.



Image 10-5

- Image 10-5 shows MCKAY utilizing Action Impact's shooting range on March 3, 2026.

- The red circle on the above image depicts a muzzle flash.



- Image 10-6 shows MCKAY utilizing Action Impact's shooting range on March 3, 2026.



- Images 10-7 and 10-8 shows MCKAY utilizing Action Impact's shooting range on March 3, 2026.

- The red arrow (in images 10-7 and 10-8) depicts what appears to be a spent shell casing ejecting from MCKAY's suspected pistol.

- The red circle (in image 10-8) depicts the muzzle flash.

11.     In March of 2026, I returned to Action Impact and discovered there was surveillance footage of MCKAY returning and utilizing Action Impact's gun range on March 15, 2026. The following, in part, are images taken from the surveillance footage:



Image 11-1

- MCKAY arrived and departed in the Suspect Vehicle.



Image 11-2



Image 11-3

- Images 11-2 and 11-3 show MCKAY checking into Action Impact to utilize the shooting range.

9





- The red arrows in images 11-4 and 11-5 show the muzzle flash while MCKAY was firing a suspected pistol.



- The red circle in image 11-6 shows a spent shell casing once it was ejected from MCKAY's suspected rifle.

10





- Image 11-7 shows MCKAY utilizing Action Impact on March 3, 2026, and image 11-8 shows MCKAY utilizing Action Impact on March 15, 2026.

- The red arrows in images 11-7 and 11-8, shows what appears to be the same white markings on the magazine and gloves worn by MCKAY.



11

- The red circle in image 11-9 shows numerous holes in MCKAY's target after shooting on March 15, 2026.

**28██ K████████ (K█████ Address)**

12.     In March of 2026, I conducted a query of the Suspect Vehicle in CLEAR which showed the Suspect Vehicle was parked in the driveway of the K█████ Address on March 13, 2026, and March 15, 2026. Further queries in CLEAR showed that Greiner's associated telephone number is (586) 255-██ and was associated to the K█████ Address as of the beginning of March 2026.

13.     On March 20, 2026, the Court authorized a federal search warrant for the location data of the phone number 928-276-20██, a number known to be used by MCKAY. Once I obtained the information provided by T-Mobile in response to the federal search warrant, I requested a preliminary cell site frequency analysis be completed by ATF Intelligence Research Specialist (IRS) Amanda Roth. ATF IRS Roth completed a report and the following is intended to provide a summary of the analysis and is not inclusive of all the information provided in the T-Mobile records. All locations and times referenced in IRS Roth's report are approximate: from March 11, until March 20, 2026, between 4:00am – 8:00am, the most utilized cell site for those records is located at (42.505017, -82.926403) and is approximately 0.34 miles from the K█████ Address. The most accessed sector on this site is oriented at 120 degrees. A visualization of this information is provided below for reference:



Image 13-1

14.     Between March 25 and March 29, 2026, ATF's surveillance showed MCKAY and/or Greiner coming from and going to the K███████ Address on several occasions. Specifically, on March 25, 2026, at approximately 4:49pm, I observed Greiner arrive and park in the driveway of the K██████ Address Greiner exited the driver seat of the Suspect Vehicle, retrieved unknown items from the rear hatch area, then walked into the K██████ Address utilizing the front door. A short time later, Greiner departed in the Suspect Vehicle. (Images 14-1 and 14-2).



Image 14-1



Image 14-2

13

15.     On March 25, 2026, at approximately 4:54pm, the Suspect Vehicle returned to the K█████ Address. MCKAY exited the front door of the K█████ Address and retrieved unknown items from the Suspect Vehicle and mailbox. MCKAY returned into the K█████ Address utilizing the front door and the Suspect Vehicle departed (Images 15-1 through 15-4).



Image 15-1



Image 15-2



Image 15-3



Image 15-4

16.     On March 27, 2026, at approximately 4:18pm, MCKAY was observed exiting the front door of the K█████ Address, walking to a vehicle believed to be

the Suspect Vehicle, then returning into the K[REDACTED] Address utilizing the front door (Image 16-1).



Image 16-1

17.     On March 28, 2026, at approximately 10:25am, MCKAY (driver) arrived to the K[REDACTED] Address utilizing the Suspect Vehicle. It appeared MCKAY utilized a key to unlock the front door, returned to the Suspect Vehicle, and retrieved a suspected firearm from the passenger compartment before entering into the K[REDACTED] Address (Images 17-1 and 17-2).



Image 17-1



Image 17-2

18.     On March 29, 2026, at approximately 4:29pm, MCKAY was observed exiting the front door of the K█████ Address.



Image 18-1

## PALMETTO STATE ARMORY

19.     In March of 2026, I obtained three recorded phone calls and documents from Palmetto State Armory. The following is intended to provide a summary of the substance of the information and is not a verbatim or transcribed

16

account. The following also may not be in chronological order and is an overall summary:

***Orders***

20.     Between August of 2025, and February of 2026, it appears that MCKAY and/or Greiner either made or attempted to make multiple purchases from Palmetto State Armory. The items include a Vortex SPARC AR 2 MOA Red Dot Sight, Axil Sig GS Extreme 2.0 29 dB Earbuds, and two firearms that appear to have been returned to Palmetto State Armory and not transferred to MCKAY or Greiner. Most of the orders, including both attempted firearm purchases, listed information pertaining to both MCKAY and Greiner. For example, contact information for MCKAY and Greiner both includes telephone number (928) 276-20██ and email address of d███████@gmail.com. Palmetto State Armory also lists telephone number (586) 255-███ for Greiner.

***Recorded Phone Calls to Palmetto State Armory***

21.     It appears on March 13, 2026, MCKAY called Palmetto State Armory to discuss one of the attempted firearm purchases. Palmetto State Armory recorded the phone call and the following is a synopsis of the conversation:

   i.     MCKAY provided his first/last and name and order number to the operator.

ii.    MCKAY stated he called pertaining to a refund that was supposed to be posted to his card. He continued to state that his "significant other" purchased a firearm and used the wrong information and she ordered the firearm in his name instead of hers. (Affiant believes MCKAY, after the fact, was trying to avoid the detection of his and GREINER'S violation of 18 U.S.C. §§ 922(g)(1) and 2, felon in possession of a firearm/ aiding and abetting.  In doing so, affiant believes this shows GREINER'S actual commission of a "straw purchase" in violation of 18 U.S.C. § 922(d)(1)).

iii.   MCKAY stated she used his debit card and she instructed him to call to request a refund.

22.    It appears on August 18, 2025, Greiner called Palmetto State Armory to discuss one of the attempted firearm purchases. Palmetto State Armory recorded the phone call, and the following is a synopsis of the conversation:

iv.    Greiner called to ask questions on a firearm order and provided her first/last name, and order number.

v.     During the call, Greiner and the operator discussed how the order was accidentally cancelled and she would have to reorder.

23.    It appears on August 18, 2025, MCKAY called Palmetto State Armory to discuss an order that was flagged as fraud. Palmetto State Armory recorded the phone call, and the following is a synopsis of the conversation:

vi.    MCKAY called and provided his first name and stated he was calling on behalf of his fiancé.

vii.   MCKAY stated his fiancé placed an order, but it was flagged for fraud. The operator stated she couldn't speak to him without authorization from his fiancé. MCKAY then conducted a 3-way call by merging Greiner into the conversation.

viii.  Greiner answered the operators' authenticating questions and provided her email as ▮▮▮▮▮▮@gmail.com (which is the same email above in paragraph 20) and authorized the operator to speak with MCKAY.

ix.    The operator explained how transactions could be flagged as fraud. MCKAY responded by asking "okay, and you send it back to my bank?" (Affiant believes this shows GREINER'S actual commission of a "straw purchase" in violation of 18 U.S.C. § 922(d)(1)).

x.     MCKAY later stated that he is a trucker and he recently departed Georgia into South Carolina.

## **NEXUS**

24.     On April 1, 2026, I provided a verbal description of the observed ammunition MCKAY either brought (Winchester and Magtech) or appeared to purchase (Sellier & Bellot) from Action Impact on March 3 and March 15, 2026, respectively, to the ATF Interstate Nexus Special Agent Kara Klupacs. Based on the description of the ammunition, Special Agent Klupacs concluded that the ammunition was ammunition as defined in Title 18 U.S.C., Chapter 44, Section 921(a)(17). Additionally, Special Agent Klupacs concluded that neither of the three brands of ammunition were manufactured in the state of Michigan and therefore travelled in interstate commerce.

25.     As referenced in paragraphs 10 and 24, MCKAY utilized the Action Impact shooting range on March 3, 2026. It appeared that MCKAY brought a box of Winchester and Magtech ammunition.



Image 25-1

Image 25-2

Image 25-3

- Image 25-1 (also referenced above as Image 10-3) depicts MCKAY at Action Impact on March 3, 2026.

- Images 25-2 and 25-3 are images of Winchester ammunition taken from an online image search.



Image 25-4



Image 25-5

- Image 25-4 (also referenced above as Image 10-4) depicts MCKAY at Action Impact on March 3, 2026.

- Image 25-5 is an image of Magtech ammunition taken from an online search.

26.    On April 2, 2026, I obtained MCKAY's updated range sign in sheet from Action Impact showing he signed into the range on March 15, 2025, at 11:31am. On the same day, I also obtained a copy of the suspected receipt provided

21

to MCKAY when he paid in cash for the utilization of Action Impact, one box of

Sellier & Bellot .40 caliber rounds of ammunition, and two shooting targets on

March 15, 2026, at 11:33:19am. As referenced above in paragraph 11 and 24,

MCKAY utilized the Action Impact shooting range on March 15, 2026, and

appeared that MCKAY purchased Sellier & Bellot ammunition.





ACTION IMPACT EASTPOINTE
Thank you for shopping with us!
3/15/2026 11:33:19 AM

AMMO
1 Qty  754908500239 @30.00
SELLIER & BELLOT .40 180FMJ          30.00

RANGE FEES
1 Qty  L1 @10.00
LANE 1 1/2 HOUR                      10.00

TARGETS
2 Qty  T1 @2.00
ALL TARGETS                          4.00

Subtotal                            44.00
 MICHIGAN               2.04
Total Tax                            2.04
Total                             46.04

Cash                                60.00
Change                              13.96

Your Cashier Today was ████
POS 4
Store #2
14855 E Eight Mile Rd
Eastpointe, MI 48021
Phone: ████████

- Image 26-1 depicts MCKAY at the Action Impact shooting range on March 15, 2026.

- Image 26-2 is an image of Sellier & Bellot ammunition taken from an online search.

- Image 26-3 is a copy of the suspected receipt provided to MCKAY for his cash payment on March 15, 2026.

23

**CRIMINAL HISTORY**

27.     After a query of the Law Enforcement Information Network (LEIN), it was discovered that MCKAY has been convicted of at least the following offenses:

    xi.    2013 – Felony – Burglary: First Degree.

    xii.    2014 – Felony – Take Vehicle without Consent / Vehicle Theft.

    xiii.    2017 – Felony – Violation of Parole: Felony.

    xiv.    2022 – Felony – Obstruct/Resist Executive Officer.

28.     Based on MCKAY's criminal history and MCKAY acknowledging that "Federal and state law prohibits a convicted felon from possessing a firearm or ammunition" in court documents, I have probable cause to believe that MCKAY is aware that he has been previously convicted of a felony offense punishable by imprisonment for a term exceeding one year.

**CONCLUSION**

29.     I respectfully submit that there is probable cause to believe that on March 3, and March 15, 2026, within the Eastern District of Michigan, MCKAY, who knew he was a convicted felon, knowingly possessed ammunition, which traveled in interstate commerce, in violation of 18 U.S.C. 922(g)(1).

Respectfully submitted,

Randall Olsen, Special Agent
Bureau of Alcohol, Tobacco, Firearms and
Explosives

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Honorable David R. Grand
United States Magistrate Judge

April 7, 2026